**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**                **Category No.** __II__                **Investigating Agency** __FBI__

**City** __Lynn__ ⊞                 **Related Case Information:**

**County** __Essex__ ⊞              Superseding Ind./ Inf. _____ Case No. _____
                                    Same Defendant _____ New Defendant _____
                                    Magistrate Judge Case Number _____
                                    Search Warrant Case Number _____
                                    R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __JUAN RAMOS__                    Juvenile: ☐ Yes ☑ No

              Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name _____

Address __(City & State)__ Everett, MA _____

Birth date (Yr only): __2001__ SSN (last4#): __3969__ Sex __M__    Race: __Hisp__    Nationality: _____

**Defense Counsel if known:** _____        Address _____

**Bar Number** _____                                 _____

**U.S. Attorney Information:**

**AUSA** __Philip A. Mallard__                 Bar Number if applicable __679138__

**Interpreter:** ☐ Yes ☑ No        List language and/or dialect: _____

**Victims:** ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes ☑ No

**Matter to be SEALED:**   ☐ Yes ☑ No

    ☑ Warrant Requested        ☐ Regular Process        ☑ In Custody

**Location Status:**

**Arrest Date** __05/02/2023__

☐ Already in Federal Custody as of _____ in _____ .
☑ Already in State Custody at __Middleton HOC__    ☐ Serving Sentence    ☑ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☑ Complaint        ☐ Information        ☐ Indictment

**Total # of Counts:**   ☐ Petty ——— ☐ Misdemeanor ——— ☑ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.**

Date: __05/09/2023__    ⊞        Signature of AUSA: *Philip A. Mallard*

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**      JUAN RAMOS _____

### U.S.C. Citations

| | __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 841(a)(1) | Possession of a Controlled Substance with Intent to Distribute | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

USAMA *CRIM* **-** Criminal Case Cover Sheet.pdf   3/4/2013